

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00167-CV

_____

# IN THE MATTER OF THE MARRIAGE OF
# JAMES VAUGHN IV AND AMBER VAUGHN

_____

**From the 369th District Court
Leon County, Texas
Trial Court No. CV20-0222**

_____

# ORDER

_____

Appellant James Vaughn IV filed a Statement of Inability to Afford Payment of Court Costs in this Court on July 28, 2021.

We conclude that Appellant may proceed with this appeal without payment of costs in this Court, including the $205.00 filing fee. *See* TEX. R. APP. P. 20.1(a) (defining "costs" as "filing fees charged by the appellate court"); *id.* R. 20.1(c) ("An appellate court may permit a party who did not file a Statement of Inability to Afford Payment of Court Costs in the trial court to proceed without payment of costs.").

PER CURIAM

Before Chief Justice Gray and
     Justice Johnson
Order issued and filed August 12, 2021
RWR

